Motion GRANTED to the extent that Jane Roe shall be permitted to join co-defendants motion for judgment on the pleadings (Doc. 19).  The Court will issue a separate ruling on that motion.
s/Judge John R. Adams 5/13/20

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO.   1:19-CV-02619-JRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LAKE ERIE COLLEGE, et al., | ) | MOTION TO JOIN CO-DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |
| | ) | |
| Defendants. | ) | |

Now comes Defendant, Jane Roe, to respectfully submit the instant motion joining in the Motion for Judgment on the Pleadings filed by co-Defendants on March 5, 2020.  In support of its Motion, Defendant Jane Roe states as follows:

On November 8, 2019, Plaintiff filed his Complaint in this matter.  The Complaint names eight defendants.  Plaintiff's purported allegations fall short of the requisite pleading standards required by Rule 8 of the Federal Rules of Civil Procedure.  For the reasons set forth in the Motion for Judgment on the Pleadings, Defendant Jane Roe believes that the Complaint is fatally flawed and should be dismissed by this Court.  Defendant Jane Roe joins in the Motion for Judgment on the Pleadings rather than filing her own motion separately to minimize the burden on this Court and because if the Motion is granted, the remaining claims against this Defendant cannot stand.

In light of the foregoing, Defendant Jane Roe respectfully requests that this Court to allow her to join, and to grant the Motion for Judgment on the Pleadings.

                                        Respectfully Submitted,

| | |
|---|---|
| */s/ Pamela D. Kurt, Esq.* | */s/ Nicholas R. Sidoti, Esq.* |
| Pamela D. Kurt, Esq. (#0083454) | Nicholas R. Sidoti, Esq. (#0076578) |
| KURT LAW OFFICE, LLC | KURT LAW OFFICE, LLC |
| 28917 Euclid Ave. | 28917 Euclid Ave. |
| Wickliffe, OH 44092 | Wickliffe, OH 44092 |
| PKurt@KurtLaw.com | NSidoti@KurtLaw.com |
| 440.516.1010 | 440.516.1010 |
| 440.516.1011 fax | 440.516.1011 fax |

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing Motion was sent to the parties via this Court's electronic filing service, this  10th  day of April 2020.


                                      */s/ Pamela D. Kurt, Esq.*
                                      PAMELA D. KURT, ESQ. (#0083454)
                                      NICHOLAS R. SIDOTI, ESQ. (#0076578)
                                      Counsel for Defendant Jane Roe