UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Doe, | ) | Case No. 1:19CV2619 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | <u>O</u> <u>R</u> <u>D</u> <u>E</u> <u>R</u> |
| | ) | |
| Lake Erie College, et al., | ) | |

The Court directs that Exhibit #2 of Plaintiff's motion to amend the complaint (Doc. #32) shall be placed under-seal. The Exhibit is redacted, however, one can still view the redacted information.

IT IS SO ORDERED.

Date: May 13, 2020     <u>S/John R. Adams</u>
                                            John R. Adams
                                            UNITED STATES DISTRICT JUDGE